No. 2212.—EL PUEBLO, APDO., *v.* ROSARIO ET AL., APLTE. EL PRIMERO.—C. D. San Juan, Distrito 1º. Juegos prohibidos. Mayo 6, 1924. Confirmada la sentencia porque la pena impuesta no es excesiva como alega el apelante estando como está dentro del límite señalado por la ley y porque no existiendo exposición del caso no hay base para juzgar la discreción de la corte sentenciadora.

No. 217.—MARTÍNEZ, PETICIONARIO, *v.* CORTE DE DISTRITO DE AGUADILLA, DEMANDADO. *Mandamus.* Mayo 2, 1924. La corte, examinados los autos y sin prejuzgar las cuestiones de derecho suscitadas, en el ejercicio de sus facultades discrecionales, anuló el auto expedido y desestimó la solicitud.

No. 3221.—GONZÁLEZ, APDA., *v.* COMISIÓN DE INDEMNIZACIONES A OBREROS, APLTE.—C. D. San Juan, Distrito 1º. *Certiorari.* Mayo 6, 1924. Desestimada la apelación a instancia del apelado por aparecer que no existe un verdadero pliego de excepciones o exposición del caso y por no haberse radicado el recurso dentro de los 30 días siguientes a la fecha del archivo del escrito de apelación, de acuerdo con el reglamento de esta corte y la jurisprudencia.

El Juez Asociado Sr. Hutchison disintió.

No. 3136. — CENTRAL PASTO VIEJO, INC., APDA., *v.* PÉREZ, APLTE.—C. D. Humacao. Cobro de dinero. Mayo 6, 1924. Confirmada la sentencia apelada porque la corte inferior no cometió error al dictarla contra el demandado, ya que la prueba demuestra que con motivo de un crédito refaccionario concedídole se originó una cuenta corriente que traspasó los límites del crédito y es el saldo líquido no pagado de dicha cuenta, el que se reclama.